RECEIVED
IN MONROE, LA

AUG 1 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **HUBERT D. WALKER,** <br> Petitioner | **CIVIL ACTION NO. CV03-2284-M** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BURL CAIN, WARDEN,** <br> Respondent | **MAGISTRATE JUDGE JAMES D. KIRK** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Walker's assignment of error I, assignment of error II(A), assignment of error III, and claim I-D in his petition for writ of habeas corpus are DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Walker's remaining claim I-A (deficient indictment) be remanded to the Magistrate Judge for report and recommendation.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 14 day of August, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE