RECEIVED
IN MONROE, LA

MAR 0 2 2007


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| HUBERT D. WALKER | CIVIL ACTION NO. 03-2284 |
| VERSUS | JUDGE ROBERT G. JAMES |
| N. BURL CAIN, WARDEN LOUISIANA STATE PENITENTIARY | MAG. JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons set forth in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 31], which the Court ADOPTS,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of Habeas Corpus is DENIED AND DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted.

MONROE, LOUISIANA, this ___1___ day of March, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE