RECEIVED
IN MONROE, LA
MAR 2 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| HUBERT D WALKER | CIVIL ACTION NO. 3:03CV2284 |
| VERSUS | JUDGE JAMES |
| WARDEN LSP | MAGISTRATE JUDGE HAYES |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Monroe, Louisiana, this 21 day of March, 2007.

Robert G. James
UNITED STATES DISTRICT JUDGE